| | | | |
|---|---|---|---|
| State v. Bridges† | 2015AP002659 | 11–15–2016 | Affirmed |
| State v. Grandberry† | 2016AP000173 CR | 11–29–2016 | Affirmed |
| State v. Apfel† | 2016AP000188 CR | 11–29–2016 | Affirmed |
| State v. Webster† | 2016AP000225 CR | 11–15–2016 | Affirmed |
| Payne v. Sentry Ins.† | 2016AP000236 | 11–09–2016 | Affirmed |
| Sheboygan County v. J.L.H. | 2016AP000461 | 11–09–2016 | Affirmed |
| City of Milwaukee v. Putman | 2016AP000476 | 11–29–2016 | Affirmed |
| State v. F. B.† | 2016AP000497 | 11–01–2016 | Affirmed |
| Cook v. Town of Spider Lake Zoning Bd. of Appeals | 2016AP000517 | 11–08–2016 | Affirmed |
| State v. Coons | 2016AP000566 | 11–23–2016 | Affirmed |
| Milwaukee County v. M. G.-H.† | 2016AP000596 | 11–29–2016 | Affirmed |
| Winnebago County v. J.M.† | 2016AP000619 | 11–09–2016 | Affirmed |
| Midland Funding LLC v. Ardell | 2016AP000756 through 2016AP000758 | 11–16–2016 | Affirmed |
| State v. Brayson† | 2016AP000896 CR | 11–29–2016 | Affirmed |
| Washington County v. Schmidt | 2016AP000908 | 11–30–2016 | Affirmed |
| Portage County DHHS v. D. B. | 2016AP001233 through 2016AP001234 | 11–17–2016 | Affirmed |
| State v. T. R. D.† | 2016AP001413 | 11–29–2016 | Affirmed |
| Dane County DHS v. S. C. | 2016AP001787 | 11–17–2016 | Affirmed |

† Petition to review filed.